UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOYNER,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF SAN DIEGO, JAMES C. HUNTER, and DOES 1-20, inclusive,<br><br>           Defendants | Case No. 05cv2248 BEN (CAB)<br><br>**ORDER RE JOINT MOTION FOR DISMISSAL** |

This Court, having reviewed the matter as stated above and finding good cause therefor, orders this matter dismissed in its entirety, with prejudice, in accordance with the terms set forth, and the Clerk of the Court is requested to enter this dismissal in the official docket.

DATED: February 28, 2007

_____
Hon. Roger T. Benitez
United States District Judge

1

05cv2248